No. 12,425.

STATE OF LOUISIANA EX REL. W. MORGAN GURLEY, SYNDIC, VS. HON. N. H. RIGHTOR, JUDGE OF THE CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS.

ON APPLICATION for Writs of *Mandamus* and Prohibition.

*Ambrose Smith* and *John T. Whitaker* for Relator.

*E. Howard McCaleb* and *Dinkelspiel & Hart* for Respondents.

Submitted on briefs February 15, 1897.
Opinion handed down February 19, 1897.

The opinion of the court was delivered by

WATKINS, J. For the reasons assigned in the written opinion this day filed in State *ex rel*. W. Morgan Gurley, Syndic, vs. Fred. D. King, Judge, *ante*, p. 881, it is ordered and decreed that the preliminary writs of *mandamus* and prohibition be set aside, and that the relief prayed for by the relator be refused at his cost.

No. 12,426.

STATE OF LOUISIANA EX REL. W. MORGAN GURLEY, SYNDIC, VS. HON. T. C. W. ELLIS, JUDGE OF THE CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS.

ON APPLICATION for Writs of *Mandamus* and Prohibition.

*Ambrose Smith* and *John T. Whitaker* for Relator.

*E. Howard McCaleb* and *Dinkelspiel & Hart* for Respondents.

Submitted on briefs February 15, 1897.
Opinion handed down February 19, 1897.

The opinion of the court was delivered by

WATKINS, J.    For the reasons assigned in the written opinion this day filed in State *ex rel.* W. Morgan Gurley, Syndic, vs. Fred. D. King, Judge, *ante*, p. 881, it is ordered and decreed that the preliminary writs of *mandamus* and prohibition be set aside and that the rule prayed for by the testator be refused at his cost.

## No. 12,215.

### H. KERN & SON VS. THEIR CREDITORS.

The vendees, while consummating the sale and affecting payment of the price' stipulated, as a condition, that they should be held harmless in case an attachment was sustained.

The agreement between the vendors and vendees covered all expenses incurred by the vendees in protecting their purchase, including attorney's fees.

APPEAL from the Civil District Court for the Parish of Orleans. *Rightor, J.*

*W. W. Howe* and *W. S. Benedict* for A. Shwartz & Sons, Plaintiffs in Rule, Appellees.

*Lazarus, Moore & Luce, Bernard Titche, Dinkelspiel & Hart* and *Percy Roberts,* for Syndic and Creditors, for Defendants in rule, Appellants.

Argued and submitted December 14, 1896.
Opinion handed down February 1, 1897.
Rehearing refused May 10, 1897.

The opinion of the court was delivered by

BREAUX, J.   In this proceeding Shwartz & Sons sought to subject a fund (realized from a sale to them by Kern & Son) to the payment of counsel fees and all charges incurred by them as intervenors, to protect their purchase.

The salient facts are that a respite was granted to Kern & Son in 1897.

Instead of paying the first instalment to their creditors, when it